NO. 07-03-0169-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

SEPTEMBER 22, 2003

______________________________

RICHARD CARR,

Appellant

v.

LUBBOCK-COOPER INDEPENDENT SCHOOL DISTRICT, ET AL., 

Appellees

_________________________________

FROM THE 140
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 95-731,710; HON. MACKEY K. HANCOCK, PRESIDING

_______________________________

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

Richard Carr, appellant, filed a joint motion to reverse judgment pursuant to a settlement agreement.  So too does he ask that we remand the cause to the trial court for “entry of the First Amended Final Judgment.”  For the reasons specified in the motion, we grant same.  
See Dunn v. Canadian Oil & Gas Services, Inc
., 908 S.W.2d 323 (Tex.App.--El Paso 1995, no pet.).  Without passing on the merits of the appeal, we reverse the judgment and remand the cause to the trial court to effectuate the settlement agreement of the partes.  
See id.
  Having reversed the judgment and remanded the cause to the trial court at the request of the parties, no motion for rehearing will be entertained and our mandate shall issue forthwith. 

                                                Brian Quinn 

                                                       Justice